1  MUNGER, TOLLES & OLSON LLP
   MARC T.G. DWORSKY (State Bar No. 157413)
2  Marc.Dworsky@mto.com
   LAWRENCE C. BARTH (State Bar No. 123002)
3  Lawrence.Barth@mto.com
   JOSHUA P. GROBAN (State Bar No. 200095)
4  Joshua.groban@mto.com@mto.com
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
7
   Attorneys for Defendant WELLS FARGO BANK,
8  NATIONAL ASSOCIATION

9              UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

| 12 | KENNETH AND GWEN BAIN, et al., | CASE NO.:  1:09-cv-02218-LJO-GSA |
|---|---|---|
| 13 | Plaintiffs, | STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |
| 14 | vs. | |
| 15 | WELLS FARGO BANK, NATIONAL ASSOCIATION, et al., | |
| 16 | Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, subject to approval by the Court, that:

WHEREAS, the Complaint in this action was served on Defendant The Bank of New York Mellon ("BNYM") on December 29, 2009;

WHEREAS, the Complaint in this action was served on Defendant Wells Fargo Bank, National Association ("Wells Fargo") on or about December 24, 2009;

WHEREAS, by stipulation dated on or about January 20, 2010, the parties agreed to extend the Defendants' time to respond to the Complaint for a period of no greater than twenty-eight days until on or before February 16, 2010;

WHEREAS, on February 4, 2010, Defendants filed a joint petition with the Judicial Panel on Multidistrict Litigation ("MDL Panel") requesting that centralized pretrial proceedings take place in the instant action and five other actions currently pending in the Central District of California ("Joint Petition");

WHEREAS, Defendants expect their Joint Petition to be heard by the MDL Panel on March 25, 2010, which is the next tentatively-scheduled sitting of the MDL Panel;

WHEREAS, on February 12, 2010, Defendants filed a joint *ex parte* application seeking an extension of time to respond to the Complaint in the instant action until thirty days after the MDL Panel rules on Defendants Joint Petition;

WHEREAS, Plaintiffs now have agreed to the relief sought by Defendants in their *ex parte* application;

**THEREFORE, IT IS STIPULATED AND AGREED**, by and between the parties, through their respective attorneys of record, as follows:

Defendants BNYM and Wells Fargo's time to respond to the Complaint shall be extended until thirty days after the MDL Panel rules on

Defendants' joint petition requesting the transfer of this action for pretrial proceedings to the Central District of California.

DATED: February 16, 2010                MUNGER, TOLLES & OLSON LLP
                                                                           MARC T.G. DWORSKY
                                                                           LAWRENCE C. BARTH
                                                                           JOSHUA P. GROBAN

By: /s/ Joshua P. Groban
            JOSHUA P. GROBAN

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

DATED: February 16, 2010                GIBSON, DUNN & CRUTCHER LLP
                                                                           JOEL A. FEUER

By: /s/ Joel A. Feuer
            JOEL A. FEUER

Attorneys for Defendant
THE BANK OF NEW YORK MELLON CORPORATION

DATED: February 16, 2010                PERKINS, MANN & EVERETT

By: /s/ Douglas V. Thornton
            DOUGLAS V. THORNTON

Attorneys for Plaintiffs

**IT IS SO ORDERED**:

DATED: February 16, 2010                By: /s/ Gary S. Austin
                                                                        Hon. Gary S. Austin
                                                                       United States Magistrate Judge